# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1032

_____

United States of America

*Plaintiff - Appellee*

v.

Desire Ann Sepeda, also known as Desire Anna Sepeda

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: October 25, 2019
Filed: October 30, 2019
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Desire Sepeda appeals the sentence the district court[1] imposed after she pleaded guilty to a drug offense. Her counsel has moved to withdraw and has filed

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the district court erred in denying a mitigating-role reduction.

After careful review, we conclude that the district court did not clearly err in declining to apply a mitigating-role reduction. *See United States v. Hunt*, 840 F.3d 554, 557 (8th Cir. 2016) (standard of review). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____